AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

### DISTRICT OF DELAWARE

STANLEY FRANKEL,
      Plaintiff,

v.

Red Clay Consolidated School District,
  Plan Administrator of LTD Plan,
Long Term Disability Insurance Policy, GROUP
  POLICY No. 104964-1G,
Red Clay Consolidated School District LTD Plan,
Metropolitan Life Insurance Company,
  Plan Administrator of LTD Plan,   Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05cv347

TO: (Name and address of defendant)

Red Clay Consolidated School District, Plan Administrator
Attn: Superintendent's Offices
2916 Duncan Road
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. Stull (Del. Bar #568)
1300 N. Market St., Ste 700
P. O. Box 1947
Wilmington, DE 19899
Ph. 302) 654-0399

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO        6-8-05

CLERK        DATE

_(signature)_

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | JUNE 14, 2005 |
| NAME OF SERVER *(PRINT)* JOHN M. STULL | TITLE ATTY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other *(specify):* CERTIFIED MAIL, RETURN RECEIPT, PER ATTACHED PHOTOCOPY ON JUNE 14, 2005, AT RED CLAY OFFICES, 2916 DUNCAN ROAD, WILMINGTON, DE 19808

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 4.88 | 15.00 | 19.88 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 15 2005
Date

Signature of Server
JOHN M. STULL
1300 N. MARKET ST., #700

Address of Server WILMINGTON, DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WILMINGTON DE 19808

| | |
|---|---|
| Postage | $0.83 |
| Certified Fee | $2.30 |
| Return Reciept Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $4.88 |

Postmark Here — RODNEY SQ STA WILMINGTON DE 06/13/2005

Sent To: Red Clay Consolidated Sch. Dist. Sup Office
Street, Apt. No.; or PO Box No.: 2916 Duncan Rd
City, State, ZIP+4: Wilmington DE 19899

7004 1350 0002 1559 2035

PS Form 3800, June 2002          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Red Clay Consolidated School District
   Attn: Superintendent Office
   2916 Duncan Road
   Wilmington, DE 19899

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X  Lisa Carlisle
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
   7004 1350 0002 1559 2035

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952