IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STANLEY FRANKEL,<br>      Plaintiff,<br><br>v.<br><br>RED CLAY CONSOLIDATED SCHOOL DISTRICT, Plan Administrator of LTD Plan, LONG TERM DISABILITY INSURANCE POLICY, GROUP POLICY No. 104964-1G, an employee benefit plan, aka Red Clay Consolidated School District LTD Plain, METROPOLOTIN LIFE INSURANCE COMPANY, Plan Administrator of LTD Plan,<br><br>      Defendants, | :<br>:<br>:<br>:<br>:<br>: C. A. No. 1:05-cv-00347 (SLR)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

Please enter the appearance of Paul A. Bradley, Esquire and Jennifer M. Zelvin, Esquire of McCarter & English LLP on behalf of Defendant Metropolitan Life Insurance Company.

          McCARTER & ENGLISH, LLP

By:  /s/ Paul A. Bradley
       PAUL A. BRADLEY (DE Bar ID # 2156)
       JENNIFER M. ZELVIN (DE Bar ID # 4325)
       919 North Market Street, Suite 1800
       Wilmington, Delaware 19899
       (302) 984-6333
       Attorneys for Defendant Metropolitan Life
       Insurance Company

Dated: August 22, 2005

ME1\5185376.1