## CERTIFICATE OF SERVICE

I, Jennifer M. Zelvin, Esquire, hereby certify that two true and correct copies of the

attached **Entry of Appearance** were served this 22nd day of August, 2005 to the following

counsel of record by First Class Mail:

John M. Stull, Esquire
1300 North Market Street
P.O. Box 1947
Wilmington, DE 19899-1947

William L. Doerler, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709


McCARTER & ENGLISH, LLP

By:    /s/ Jennifer M. Zelvin
       PAUL A. BRADLEY (DE Bar ID # 2156)
       JENNIFER M. ZELVIN (DE Bar ID # 4325)
       919 North Market Street, Suite 1800
       Wilmington, Delaware 19899
       (302) 984-6333
       Attorney Defendant Metropolitan Life
       Insurance Company

MEI\5185376.1