## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STANLEY FRANKEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-347-SLR |
| v. | ) |
| | ) |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT, Plan Administrator of LTD Plan, LONG TERM DISABILITY INSURANCE POLICY, Group Policy No. 104964-1G, an employee benefit plan, aka Red Clay Consolidated School District LTD Plan, METROPOLITAN LIFE INSURANCE COMPANY, Plan Administrator of LTD Plan, | ) **E-FILE** ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

**WITHOUT WAIVER** of any affirmative defenses, including but not limited to insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations;

**PLEASE ENTER THE APPEARANCE** of **JOHN D. BALAGUER**, Esquire and **WILLIAM L. DOERLER**, Esquire on behalf of defendant Red Clay Consolidated School District.

**WHITE AND WILLIAMS LLP**

/s/ William L. Doerler
JOHN D. BALAGUER (#2537)
WILLIAM L. DOERLER (#3627)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4501
*Attorney for Defendant, Red Clay Consolidated School District*

DOCS_DE 116896v1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STANLEY FRANKEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-347-SLR |
| v. | ) |
| | ) |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT, Plan Administrator of LTD Plan, LONG TERM DISABILITY INSURANCE POLICY, Group Policy No. 104964-1G, an employee benefit plan, aka Red Clay Consolidated School District LTD Plan, METROPOLITAN LIFE INSURANCE COMPANY, Plan Administrator of LTD Plan, | ) **E-FILE** ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I, William L. Doerler, Esquire, do hereby certify that on this 18th day of October, 2005 two (2) copies of the foregoing **ENTRY OF APPEARANCE** were delivered via First Class Mail, postage prepaid and/or E-File and Serve upon:

| | |
|---|---|
| John M. Stull, Esquire<br>1300 North Market Street<br>P.O. Box 1947<br>Wilmington, DE 19899-0399 | Paul A. Bradley, Esquire<br>Jennifer M. Zelvin, Esquire<br>McCarter & English, LLP<br>919 North Market Street, Suite 1800<br>P.O. Box 111<br>Wilmington, DE 19899 |

**WHITE AND WILLIAMS LLP**

/s/ William L. Doerler
WILLIAM L. DOERLER (#3627)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4501
*Attorney for Defendant, Red Clay Consolidated School District*