IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STANLEY FRANKEL,<br><br>    Plaintiff,<br><br>v.<br><br>RED CLAY CONSOLIDATED SCHOOL DISTRICT, Plan Administrator of LTD Plan, LONG TERM DISABILITY INSURANCE POLICY, GROUP POLICY No. 104964-1G, an employee benefit plan, aka Red Clay Consolidated School District LTD Plan, METROPOLITAN LIFE INSURANCE COMPANY, Plan Administrator of LTD Plan,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:  C. A. No. 1:05-cv-00347 (SLR)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL

IT IS STIPULATED and agreed by and between plaintiff Stanley Frankel and all defendants and their respective counsel of record, that plaintiff's claims against Red Clay Consolidated School District, Long Term Disability Insurance Policy, Group Policy No. 104964-1G and Metropolitan Life Insurance Company are hereby dismissed with prejudice. Each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| JOHN M. STULL<br><br>/s/ John M. Stull<br>John M. Stull (DE ID# 568)<br>1300 North Market Street, Suite 700<br>P.O. Box 1947<br>Wilmington, DE 19899-1947<br>(302) 654-0399<br>Attorney for Plaintiff<br><br>Date: Dec. 9, 2005 | McCARTER & ENGLISH<br><br>/s/ Paul A. Bradley<br>Paul A. Bradley (DE ID# 2156)<br>919 North Market Street, Suite #1800<br>P. O. Box 111<br>Wilmington, DE 19899<br>(302) 984-6300<br>Attorney for Defendants,<br>Metropolitan Life Insurance Company Inc.<br>and Long Term Disability Policy, Group<br>Policy No. 104964-1G<br><br>Date: 12/14/05 |

ME1\5356696.1

WHITE & WILLIAMS LLP

*/s/ William L. Doerler*

William L. Doerler (DE ID# 3627)
824 North Market Street, Suite #902
P. O. Box 709
Wilmington, DE 19899-0709
(302) 467-4508
Attorney for Defendant,
Red Clay Consolidated School District

Date: 12-13-05

        SO ORDERED, this _____ day of _____, 2005.

        _____
        J.