## **CERTIFICATE OF SERVICE**

I, Paul A. Bradley, Esquire, hereby certify that a true and correct copy of the attached **Stipulation of Dismissal** were served this 15th day of December, 2005 to the following counsel of record via e-file:

| | |
|---|---|
| John M. Stull, Esquire<br>1300 North Market Street<br>P.O. Box 1947<br>Wilmington, DE 19899-1947 | William L. Doerler, Esquire<br>White and Williams LLP<br>824 North Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709 |

                                      McCARTER & ENGLISH, LLP

By:   /s/ Paul A. Bradley
         PAUL A. BRADLEY (DE Bar ID # 2156)
         919 North Market Street, Suite 1800
         Wilmington, Delaware 19899
         (302) 984-6333
         Attorney Defendant Metropolitan Life
         Insurance Company